Mark D. Epstein (Bar No. 168221)
Radhika Thanedar (Bar No. 315356)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mepstein@wendel.com
         rthanedar@wendel.com

Attorneys for Defendant City of Colfax

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ColfaxNet, LLC,<br><br>            Plaintiff,<br><br>    vs.<br><br>City of Colfax,<br><br>            Defendant. | Case No. 2:19-cv-02167-WBS-CKD<br><br>**DECLARATION OF MARK D. EPSTEIN IN SUPPORT OF REQUEST FOR ATTORNEYS' FEES ON MOTION TO COMPEL PLAINTIFF'S RESPONSES TO WRITTEN DISCOVERY, PRODUCTION OF DOCUMENTS, AND APPEARANCE AT DEPOSITION**<br><br>Judge:   The Hon. Magistrate Judge Carolyn K. Delaney<br>Date:    August 12, 2020<br>Time:   10:00 a.m.<br>Crtrm.:  24<br><br>Trial Date:      October 25, 2019 |

DECLARATION OF MARK D. EPSTEIN IN SUPPORT OF REQUEST FOR ATTORNEYS' FEES

I, Mark D. Epstein, declare as follows:

1.  I am an attorney duly admitted to practice before this Court. I am a partner with Wendel Rosen LLP, attorneys of record for Defendant City of Colfax (the "City") in the above-captioned action. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein. I make this declaration in response to the Court's August 19, 2020 Order GRANTING Defendant City of Colfax's Motion to Compel Plaintiff ColfaxNet, LLC ("Plaintiff") to Substantively Respond to Written Discovery and to Compel Its Two Principals to Appear for Deposition (**Docket No. 27**).

2.  In my original declaration, in support of this motion (**Docket No. 16**) I stated that that I had spent in excess of four hours working on the motion, at the hourly rate of $550 per hour, which comes to a total of $2,200 (4 hour x $550 = $2,200). The declaration of my colleague, Radhika Thanedar (**Docket No. 17**), showed that Ms. Thanedar had spent in excess of 35 hours working on the motion at the hourly rate of $330 per hour, for a total of $11,550 (35 x $330 = $11,550).

3.  When added together, Ms. Thanedar's and my time spent working on the motion resulted in charges to our client, the City of Colfax, that exceeded $13,750.. Ms. Thanedar and I spent additional time preparing for and attending the hearing on the motion via the Zoom videoconferencing application, but we are foregoing a request for the City of Colfax to be reimbursed by plaintiff ColfaxNet, LLC for that time, notwithstanding the fact that we had to spend that additional time working on the motion was a result of ColfaxNet's bad faith refusal to provide a single substantive response to our client's basic and fundamental discovery, or to have its two principals appear for their depositions. We instead ask that the Court simply award the City of Colfax $13,750 for the time Ms. Thanedar and I spent in preparing the initial motion papers.

4.  I acknowledge that this declaration is late, in that the Court ordered us to submit a declaration regarding attorneys' fees and costs within fourteen (14) days of the order. I apologize to the Court and opposing counsel for my tardiness.

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct.
3   Executed on this 5th day of September, 2020, at Oakland, California.

*[signature: Mark D. Epstein]*

Mark D. Epstein

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036