UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLFAXNET, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>CITY OF COLFAX,<br><br>                    Defendant. | No.  2:19-cv-02167-WBS-CKD<br><br><br>ORDER |

     On August 19, 2020, the undersigned granted defendant's motion to compel, ordering plaintiff to respond to discovery and awarding defendant attorneys' fees incurred by bringing said motion. (ECF No. 27.)  Plaintiff sought reconsideration of that order, which the district court denied.  (ECF No. 37.)  Pursuant to Federal Rule of Civil Procedure 37(a)(5), and as outlined in the court's orders, defendant is entitled to attorneys' fees expended in connection with the parties' discovery dispute.  Defendant's counsel attests that $13,750.00 in attorneys' fees were incurred as a result of the discovery dispute, which the court finds to be reasonable.  (ECF No. 32.)

////
////
////
////
////

1

Accordingly, it is HEREBY ORDERED that defendant is awarded sanctions pursuant to Federal Rule of Civil Procedure 37(a)(5)(A) in the amount of $13,750.00 to be paid by Klein Law Group, PLLC due to the conduct that necessitated the parties' discovery dispute, as articulated in the record and in the court's prior orders. Such sanctions must be paid within 10 days of this order, and counsel may not pass on the costs of such sanctions to his client either directly or indirectly.

Dated: September 16, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

16.2167.fees