1

2

3

4

5

6

7

8                                     UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     COLFAXNET, LLC,                                No.  2:19-cv-02167-WBS-CKD

12                      Plaintiff,

13            v.                                        ORDER

14     CITY OF COLFAX,

15                      Defendant.

16

17            On August 19, 2020, the undersigned granted defendant's motion to compel, ordering

18     plaintiff to respond to discovery and awarding defendant attorneys' fees incurred by bringing said

19     motion. (ECF No. 27.)  Plaintiff sought reconsideration of that order, which was denied by Judge

20     Shubb. (ECF No. 37.)  Pursuant to Federal Rule of Civil Procedure 37(a)(5), and as outlined in

21     the court's orders, defendant is entitled to attorneys' fees expended in connection with the parties'

22     discovery dispute. Defendant's counsel claims that $13,750.00 in attorneys' fees were incurred

23     as a result of the discovery dispute, which the court found to be reasonable.  (ECF Nos. 32, 39.)

24     Plaintiff then filed an opposition to the request for attorneys' fees, arguing that the amount is

25     unreasonable and that defendant's filing was untimely.  (ECF No. 40.)  The court is cognizant that

26     the amount requested is substantial and that defendant has not provided a detailed breakdown of

27     the request.

28     ////

                                                     1

1    Accordingly, defendant is ORDERED to file a detailed breakdown in connection with its

2  request for attorneys' fees by October 14, 2020; the submission should include the time expended

3  on each task, the billing rate used, and the name and title of the person billing.   Plaintiff may

4  oppose this filing by October 21, 2020 but is limited *solely* to the issue of reasonableness of the

5  fees requested.  Defendant may then file a reply by October 28, 2020.  At that point this matter

6  will be deemed submitted.

7  Dated:  October 6, 2020

8  _____
   CAROLYN K. DELANEY
9  UNITED STATES MAGISTRATE JUDGE

10

11

12  16.2167.fees2

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28