Mark D. Epstein (Bar No. 168221)
Radhika Thanedar (Bar No. 315356)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mepstein@wendel.com
rthanedar@wendel.com

Attorneys for Defendant City of Colfax

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ColfaxNet, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>City of Colfax,<br><br>    Defendant. | Case No. 2:19-cv-02167-WBS-CKD<br><br>**DECLARATION OF MARK D. EPSTEIN IN SUPPORT OF BREAKDOWN OF ATTORNEYS FEES INCURRED ON MOTION TO COMPEL PLAINTIFF'S RESPONSES TO WRITTEN DISCOVERY, PRODUCTION OF DOCUMENTS, AND APPEARANCE AT DEPOSITION**<br><br>Judge: The Hon. Magistrate Judge Carolyn K. Delaney<br>Crtrm.: 24<br><br>Trial Date: October 25, 2019 |

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

1   I, Mark D. Epstein, declare as follows:

2   1.   I am an attorney duly admitted to practice before this Court. I am a partner with Wendel Rosen, LLP, attorneys of record for Defendant City of Colfax (the "City") in the above-captioned action. I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

3   2.   I make this declaration in response to the Court's October 6, 2020 Order **(Docket No. 41)** requiring the City to file "a detailed breakdown" of the attorney's fees incurred in bringing Defendant City of Colfax's Motion to Compel Plaintiff ColfaxNet, LLC ("Plaintiff") to Substantively Respond to Written Discovery and to Compel Its Two Principals to Appear for Deposition (the "Motion") **(Docket No. 27)**.

4   3.   My colleague Radhika Thanedar, an associate at Wendel Rosen, LLP, and I spent many hours bringing this Motion, preparing for hearing and finally arguing it before this Court. This resulted in the City bearing expensive attorneys' fees. This assertion is based my review of our law firm's invoices to the City for the period of July 1, 2020 through July 31, 2020, and for the period of August 1, 2020 through August 31, 2020. True and correct copies of both invoices are attached hereto as **Exhibits A and B** respectively, but time entries for tasks that had no bearing on this motion have been redacted in order to protect the attorney-client privilege and the protections afforded by the attorney work product doctrine. By submitting these copies of our invoices, the City is not waiving the attorney-client privilege or attorney work product doctrine except as is necessary to provide the Court with the information it needs to make a decision on the City's request for attorneys' fees.

5   4.   The invoices attached hereto provide a true, correct and accurate description of the tasks that Ms. Thanedar and I performed in connection with this Motion, the amount of time we spent on those tasks, and our charges to the City for those tasks. The initials "MDE" refer to time that I billed the City while the initials "RVT" represent time that Ms. Thanedar billed. These invoices therefore are the best evidence of the detailed information breakdown that the Court asked for in its October 6, 2020 Order referenced above.

5. A review of the attached invoices will show that between July 1, 2020 and August 31, 2020, the City incurred approximately $16,027.50 in attorneys' fees in total for our firm to bring this Motion. As is reflected in the attached invoices, which are authenticated below, we did not charge the City for all of our time spent on this motion. Still, in the interest of being even more reasonable, we limit our request for attorneys' fees on this motion for an amount that is less than what we charged the City in total, as stated below.

6. In my declaration in support of my request for attorneys' fees **(Docket No. 32)**, Ms. Thanedar and I mistakenly applied my full "rack rate" of $550 per hour, which combined with Radhika Thanedar's time resulted in our claim for $13,750 in attorneys' fees. [Declaration of Mark D. Epstein, at **Docket No. 32**, ¶ 2]. However, I am not the originating or billing attorney for this matter and upon my further review of the invoices I now realize that our firm is charging the City for my time at a reduced hourly rate of $425. Ms. Thanedar's billing rate remains the same at $330 **(Docket No. 17)**.

7. I actually spent in excess of 17.6 hours working on this motion because defendant ColfaxNet stated objections only responses to each and every one of the City's interrogatories, requests for production of documents and requests for admission, and because ColfaxNet refused to produce its principals for their duly noticed depositions. Nevertheless, we are only asking the court to reimburse the City for 4 hours of the time I spent working on the Motion, at my reduced hourly rate for a total of $1,700 for four hours of my time (4 hours x $425 = 1,700). Ms. Thanedar, who spent in excess of 35 hours working on the motion, billed a total of $11,550 (35 x $330 = $11,550). Therefore we are asking the Court to reimburse the City for $13,250 as a result of our having to bring this Motion, when the City actually incurred more than $16,000.

8. Even at my reduced rate of $425 per hour, the $13,750 we originally requested was still lower than the fees actually incurred by our client. However, to show are good faith and as a result of our own inadvertence, we are now lowering our request for attorneys' fees to $13,250 to reflect the lower hourly rate we are charging the City for my time.

///

///

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  Executed on this 13th day of October, 2020, at Oakland, California.

_____
Mark D. Epstein

# Exhibit A



# Invoice

Alfred A. Cabral  
Pelletreau, Alderson & Cabral  
aacabral1954@gmail.com

| Date: | July 31, 2020 |
|---|---|
| Client ID: | 023901.0001 |
| Invoice Number: | 2000197003 |
| Billing Attorney: | Patricia Curtin |

**Thank you for your business!**

Re:   CITY OF COLFAX – COLFAXNET V. CITY OF COLFAX

Current Invoice

**Total Balance Due Now:**

**Payment Due Upon Receipt of Invoice**

*For billing questions, please email accounting@wendel.com*

Please send this page with your payment  
to the address below  
(please do not include any other correspondence).  
Thank you!

Wendel Rosen LLP  
PO Box 398777  
San Francisco, CA 94139-8777

Wendel Rosen LLP's Federal Tax Identification Number =



# Invoice

Alfred A. Cabral  
Pelletreau, Alderson & Cabral  
aacabral1954@gmail.com

| Date: | July 31, 2020 |
|---|---|
| Client ID: | 023901.0001 |
| Invoice Number: | 2000197003 |
| Billing Attorney: | Patricia Curtin |

**RE:  COLFAXNET V. CITY OF COLFAX**

## Professional Services

| Date | Description of Services | ID | Hours | Amount |
|---|---|---|---|---|
| 07/01/20 | Cite and quote check the brief regarding "MPA iso MTC Substantive Responses, Deposition" for attorney, R. Thanedar | DZV | 0.60 | 150.00 |
| 07/02/20 | Further preparation of motion to compel plaintiff ColfaxNet, LLC to respond to written discovery, produce documents and appear for depositions, and for sanctions | MDE | 4.80 | 2,040.00 |
| 07/07/20 | Further preparation of motion to compel plaintiff ColfaxNet's responses to written discovery and for Corey and Lynele Juchau to appear for their depositions | MDE | 1.50 | 637.50 |
| 07/07/20 | Prepare joint statement re discovery with focus on enlisting the City's argument to request 13 request for admission and 21 request for production of document | RVT | 7.20 | 2,376.00 |
| 07/07/20 | (No Charge) Prepare Joint Statement with focus on writing meet and confer efforts and statement of facts | RVT | 1.40 | 0.00 |
| 07/07/20 | Prepare request for Judicial notice, and revise Order and Notice of Motion | RVT | 0.90 | 297.00 |
| 07/08/20 | Further preparation of motion to compel ColfaxNet's substantive responses to | MDE | 6.80 | 2,890.00 |

1111 Broadway, 24th FL • Oakland • California • 94607 • Telephone:  (510) 834-6600

City of Colfax  
Page 2

July 31, 2020  
Client ID: 023901.0001  
Invoice Number: 2000197003  
Billing Attorney: Patricia Curtin

| Date | Description of Services | ID | Hours | Amount |
|---|---|---|---|---|
| | interrogatories, requests for admission and requests for production of documents, and for its principals to appear for their depositions; and the required supporting separate statement of disputed discovery | | | |
| 07/08/20 | Further preparation of Joint Statement re Discovery Disagreement (66 pages) | RVT | 3.60 | 1,188.00 |
| 07/08/20 | Prepare all exhibits, and finalize all documents in preparation to file motion | RVT | 1.40 | 462.00 |
| 07/09/20 | Further draft objections and issue specific arguments in the Joint Statement | RVT | 3.40 | 1,122.00 |
| 07/10/20 | Further preparation of joint statement of discovery requests and responses in dispute, in support of the City's motion to compel substantive discovery responses from plaintiff ColfaxNet, and to compel Colfaxnet to produce its principals for deposition | MDE | 1.00 | 425.00 |
| 07/10/20 | Finalize motion to compel, supporting statements, declarations and exhibits | MDE | 2.20 | 935.00 |
| 07/10/20 | Revise and further draft joint statement re Discovery Disagreement | RVT | 3.60 | 1,188.00 |
| 07/10/20 | Final Revisions to joint statement and motion papers re filing | RVT | 1.40 | 462.00 |
| 07/10/20 | correspondence with opposing counsel re joint statement and notice re motion to compel | RVT | 0.20 | 66.00 |
| 07/10/20 | Email correspondence with court clerk re filing errata to motion | RVT | 0.20 | 66.00 |

**TOTAL CURRENT FEES** $14,474.50

**Billing Rate Summary**

| ID | Name | Rate | Hours | Amount |
|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| MDE | Mark D. Epstein | $425.00 | | |
| RVT | Radhika Thanedar | $330.00 | | |
| DZV | David Villanueva | $250.00 | 0.60 | $150.00 |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| --- | █ | █ |

**TOTAL CURRENT EXPENSES** █

**TOTAL CURRENT FEES PLUS EXPENSES** █

*For billing inquiries, please email accounting@wendel.com*

# Exhibit B



# Invoice

Alfred A. Cabral
Pelletreau, Alderson & Cabral
aacabral1954@gmail.com

| Date: | September 1, 2020 |
|---|---|
| Client ID: | 023901.0001 |
| Invoice Number: | 2000198077 |
| Billing Attorney: | Patricia Curtin |

**Thank you for your business!**

Re:   CITY OF COLFAX – COLFAXNET V. CITY OF COLFAX

Current Invoice

**Total Balance Due Now:**

**Payment Due Upon Receipt of Invoice**

*For billing questions, please email accounting@wendel.com*

> Please send this page with your payment
> to the address below
> (please do not include any other correspondence).
> Thank you!
>
> Wendel Rosen LLP
> PO Box 398777
> San Francisco, CA 94139-8777

Wendel Rosen LLP's Federal Tax Identification Number =

1111 Broadway, 24th FL • Oakland • California • 94607 • Telephone: (510) 834-6600



# Invoice

Alfred A. Cabral  
Pelletreau, Alderson & Cabral  
aacabral1954@gmail.com

| Date: | September 1, 2020 |
|---|---|
| Client ID: | 023901.0001 |
| Invoice Number: | 2000198077 |
| Billing Attorney: | Patricia Curtin |

**RE: COLFAXNET V. CITY OF COLFAX**

## Professional Services

| Date | Description of Services | ID | Hours | Amount |
|---|---|---|---|---|
| ████ | ████ | ████ | ████ | ████ |
| 08/03/20 | Review and analysis of emails from counsel for plaintiff, requesting that we agree to continue the hearing on our motion to compel; follow-up telephone conference re the same; we denied their request | MDE | 0.30 | 127.50 |
| 08/04/20 | (No Charge) Review and analysis of ColfaxNet's opposition to our motion to compel discovery responses | MDE | 1.20 | 0.00 |
| 08/04/20 | Email correspondence followed by Phone conference with Plaintiff's counsel re extending discovery deadlines | RVT | 0.60 | 198.00 |
| ████ | ████ | ████ | ████ | ████ |
| 08/05/20 | Email correspondence with Plaintiff's counsel | RVT | 0.30 | 99.00 |

City of Colfax  
Page 2

September 1, 2020  
Client ID: 023901.0001  
Invoice Number: 2000198077  
Billing Attorney: Patricia Curtin

| Date | Description of Services | ID | Hours | Amount |
|---|---|---|---|---|
| 08/05/20 | re Joint Statement of Discovery Disagreement Review Plaintiff's Joint Statement Submission prior to filing | RVT | 0.20 | 66.00 |
| | ███████████████████████████████ | ███ | ████ | ██████ |
| | ███████████████████████████████ | | | |
| 08/12/20 | Prepare for today's hearing on the City of Colfax's motion to compel discovery responses from plaintiff ColfaxNet, and the depositions of its two principals | MDE | 1.50 | 637.50 |
| 08/12/20 | Appearance by Zoom and oral argument at hearing on City of Colfax's motion to compel plaintiff ColfaxNet's responses to discovery and appearances at deposition | MDE | 0.50 | 212.50 |
| | ███████████████████████████████ | ███ | ████ | ██████ |
| 08/12/20 | (No Charge) Attend and appear for Motion to compel hearing followed by analysis and strategy re hearing | RVT | 0.70 | 0.00 |
| 08/12/20 | (No Charge) Preparation (Review of Joint Statement over 100 pages) prior to attending Motion to Compel hearing | RVT | 1.40 | 0.00 |
| | ███████████████████████████████ | ███ | ████ | ██████ |
| | ███████████████████████████████ | ███ | ████ | ██████ |

City of Colfax  
Page 3  

September 1, 2020  
Client ID: 023901.0001  
Invoice Number: 2000198077  
Billing Attorney: Patricia Curtin

| Date | Description of Services | ID | Hours | Amount |
|---|---|---|---|---|
| 08/19/20 | Review and analysis of the court's order granting the City of Colfax's motion to compel written discovery responses and depositions of Corey and Lynele Juchau | MDE | 0.50 | 212.50 |

City of Colfax  
Page 4

September 1, 2020  
Client ID: 023901.0001  
Invoice Number: 2000198077  
Billing Attorney: Patricia Curtin

| Date | Description of Services | ID | Hours | Amount |
|---|---|---|---|---|
|  | additional facts in support of its opposition, and appendix of secondary authority |  |  |  |

**TOTAL CURRENT FEES**

**Billing Rate Summary**

| ID | Name | Rate | Hours | Amount |
|---|---|---|---|---|
| MDE | Mark D. Epstein | $425.00 |  |  |
| RVT | Radhika Thanedar | $330.00 |  |  |
| DZV | David Villanueva | $250.00 | 0.20 | $50.00 |

**Expenses**

| Date | Description | Amount |
|---|---|---|
| --- | Lexis-Nexis Data Search |  |
| --- | Westlaw Computer Research |  |

**TOTAL CURRENT EXPENSES**                $321.33

**TOTAL CURRENT FEES PLUS EXPENSES**

*For billing inquiries, please email accounting@wendel.com*

# PROOF OF SERVICE

**ColfaxNet, LLC v. City of Colfax**
**Case No. 2:19-cv-02167-WBS-CKD**

**STATE OF CALIFORNIA, COUNTY OF ALAMEDA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Alameda, State of California. My business address is 1111 Broadway, 24th Floor, Oakland, CA 94607-4036.

On October 13, 2020, I served true copies of the following document(s) described as **DECLARATION OF MARK D. EPSTEIN IN SUPPORT OF BREAKDOWN OF ATTORNEYS FEES INCURRED ON MOTION TO COMPEL PLAINTIFF'S RESPONSES TO WRITTEN DISCOVERY, PRODUCTION OF DOCUMENTS, AND APPEARANCE AT DEPOSITION** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 13, 2020, at Oakland, California.

*Maria M. Jones*
Maria M. Jones

023901.0001\6026947.1

DECL. OF MARK D. EPSTEIN ON BREAKDOWN OF ATTORNEYS' FEES

**SERVICE LIST**
**ColfaxNet, LLC v. City of Colfax**
**Case No. 2:19-cv-02167-WBS-CKD**

| | |
|---|---|
| Arthur G. Woodward, Esq.<br>Jake C. Weaver, Esq.<br>Reynolds Tilbury Woodward LLP<br>11601 Blocker Drive, Suite 105<br>Auburn, CA 95603<br>Email: awoodward@rtwlawllp.com<br>       jweaver@rtwlawllp.com | Attorney for Plaintiff ColfaxNet, LLC |
| Andrew M. Klein, Esq.<br>Klein Law Group PLLC<br>1250 Connecticut Avenue NW, Suite 700<br>Washington, DC 20036<br>Email: aklein@kleinlawpllc.com | Attorneys for Plaintiff ColfaxNet, LLC |

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

023901.0001\6026947.1

DECL. OF MARK D. EPSTEIN ON BREAKDOWN
OF ATTORNEYS' FEES