Arthur G. Woodward (SBN: 142914)
Jake C. Weaver (SBN:  300962)
Reynolds Tilbury Woodward LLP
11601 Blocker Drive, Suite 105
Auburn, California 95603
Phone: (530) 885-8500
awoodward@rtwlawllp.com
jweaver@rtwlawllp.com

Andrew M. Klein
Klein Law Group PLLC
1250 Connecticut Ave NW, Suite 700
Washington, DC 20036
Phone: (202) 289-6955
aklein@kleinlawpllc.com

Attorneys for the Plaintiff,
COLFAXNET, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| ColfaxNet, LLC, | Case No: 2:19-cv-02167-WBS-CKD |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL; ORDER** |
| v. | |
| City of Colfax, | Trial Date: June 2, 2021 |
| Defendant. | Final Pretrial Conference: April 12, 2021 |

Plaintiff ColfaxNet and Defendant City of Colfax, by and through their respective counsel of record, respectfully submit the following stipulation to continue the Final Pretrial Conference and Jury Trial in this case as follows:

1. The Parties are continuing discussions regarding a mutual resolution of the issues which gave rise to this litigation.  If those issues are resolved, ColfaxNet would no longer need to seek relief in this Court.

**{00015138.2}**

2. The jury trial in matter is set for June 2, 2021. The Final Pretrial Conference is set for April 12, 2021. Local Rules 281 and 282 require the Parties to prepare, exchange and submit numerous detailed documents prior to the Final Pretrial Conference, which will result in the Parties incurring considerable time and expense.

3. The Parties agree and stipulate that continuing the trial and the Final Pretrial Conference is warranted here. A continuance would allow the Parties to devote their time and resources on the ongoing settlement discussions. The continuance would also free the judicial resources needed to prepare for and conduct the Final Pretrial Conference. Further, as stated by the Court during the hearing on Plaintiff's Motion for Summary Judgment, no courtrooms will be available for this civil trial in 2021, nor in the foreseeable future thereafter.

4. WHEREFORE, for the reasons stated above, Plaintiff ColfaxNet and Defendant City of Colfax, agree and stipulate that the dates Trial and Final Pretrial Conference be vacated and continued for sixty days.

IT IS SO STIPULATED.

Dated: March 26, 2021                REYNOLDS TILBURY WOODWARD LLP

By: *s/Arthur G. Woodward*
    Arthur G. Woodward
    Attorneys for Plaintiff ColfaxNet, LLC

Dated: March 26, 2021                WENDEL ROSEN LLP

By: *s/Mark D. Epstein (as authorized 3/26/21)*
    Mark D. Epstein
    Attorneys for Defendant City of Colfax

## ORDER

Upon consideration of the above Stipulation and good cause appearing therefor, it is ORDERED the Final Pretrial Conference date and the Trial date are vacated and rescheduled as follows:

Final Pretrial Conference: **June 21, 2021 at 1:30 p.m.**

///

///

1 | Jury Trial: **August 24, 2021 at 9:00 a.m.**

3 | Dated: March 26, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE