Mark D. Epstein (Bar No. 168221)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mepstein@wendel.com

Attorneys for Defendant City of Colfax

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ColfaxNet, LLC,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>City of Colfax,<br><br>　　　　　Defendant. | Case No. 2:19-cv-02167-WBS-CKD<br><br>**STIPULATION TO FURTHER CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL; ORDER THEREON**<br><br>Trial Date:　　　　　August 24, 2021<br>Final Pretrial Conference:　June 21, 2021 |

Plaintiff ColfaxNet, LLC and Defendant City of Colfax, by and through their respective counsel of record, respectfully submit the following stipulation to further continue the Final Pretrial Conference and Jury Trial in this case as follows:

1. The Parties previously stipulated on March 26, 2021 to continue the final pretrial conference and trial in this action in this action, and on March 29, 2021 the Court entered an order upon their stipulation continuing the final pretrial conference from April 12, 2021 to June 21, 2021, and continuing the trial from June 2, 2021 to August 24, 2021.

2. Since the Court entered its order of March 29, 2021 continuing the final pretrial conference and trial, counsel for Defendant City of Colfax had a civil trial that was scheduled to begin April 19, 2021 in the Superior Court of California, County of Alameda further postponed by the court to August 9, 2021 due to scheduling complications that court is experiencing as a result of the COVID-19 pandemic. That case is titled *Security Management Group International, Inc. v. Scott Jenkins, et al.*, Superior Court of California, County of Alameda Case No. RG16809374. Counsel for Defendant City of Colfax has represented to counsel for Plaintiff ColfaxNet, LLC, and is representing to this Court, that his trial in the Alameda County, California case must proceed on August 9, 2021 because of the five year period in which all civil cases must be brought to trial as mandated by California Code of Civil Procedure Section 583.310, which five-year period was extended for six months pursuant to an emergency rule issued by the California Supreme Court in response to the COVID-19 pandemic.

3. Counsel for Defendant City of Colfax represents that the extended five-and-a-half year period for the California Superior Court case referenced above will expire in September 2021, and that the jury trial scheduled to begin in that case on August 9, 2021 is expected to last four weeks, beyond the current August 24, 2021 trial date that is scheduled in this case.

4. Accordingly, the Parties hereby agree and stipulate that continuing the trial and the Final Pretrial Conference in this case once more is warranted based on the foregoing facts. The requested continuance will prevent a potential calendaring conflict between the trial that counsel for Defendant City of Colfax has scheduled to begin August 9, 2021.

5. WHEREFORE, for the reasons stated above, Plaintiff ColfaxNet and Defendant

1   City of Colfax, agree and stipulate that the trial in this action be continued to November 16, 2021,

2   at 9:00 a.m., and also request that the Final Pretrial Conference be continued accordingly, to

3   September 27, 2021 at 1:30 p.m.

4        IT IS SO STIPULATED.

5   DATED: May 12 2021     REYNOLDS TILBURY WOODWARD LLP

By:    */s/ Arthur G. Woodward*
     Arthur G. Woodward
     Attorneys for Plaintiff ColfaxNet, LLC

9   DATED: May 12, 2021     WENDEL ROSEN LLP

By:    */s/ Mark D. Epstein*
     Mark D. Epstein
     Attorneys for Defendant City of Colfax

Wendel Rosen LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

## **ORDER**

Upon consideration of the above Stipulation and good cause appearing therefor, it is ORDERED the Final Pretrial Conference date and the Trial date are vacated and rescheduled as follows:

Final Pretrial Conference: **September 27, 2021, at 1:30 p.m.**

Jury Trial: **November 16, 2021, at 9:00 a.m.**

Dated: May 12, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE