Mark D. Epstein (Bar No. 168221)
**WENDEL ROSEN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mepstein@wendel.com

Attorneys for Defendant City of Colfax

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ColfaxNet, LLC,<br><br>            Plaintiff,<br><br>vs.<br><br>City of Colfax,<br><br>            Defendant. | Case No. 2:19-cv-02167-WBS-CKD<br><br>**STIPULATION TO FURTHER CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL; ORDER THEREON**<br><br>Trial Date: November 16, 2021<br>Final Pretrial Conference: Sept. 27, 2021 |

Plaintiff ColfaxNet, LLC and Defendant City of Colfax, by and through their respective counsel of record, respectfully submit the following stipulation to further continue the Final Pretrial Conference and Jury Trial in this case as follows:

1. The Parties previously stipulated on May 12, 2021 to continue the final pretrial conference and trial in this action in this action, and on May 13, 2021 the Court entered an order upon their stipulation continuing the final pretrial conference to September 27, 2021, and continuing the trial to November 16, 2021.

2. Since the Court entered its order of May 13, 2021 continuing the final pretrial conference and trial, Plaintiff and Defendant have been working towards the potential resolution of this case.

3. Accordingly, the Parties hereby agree and stipulate that continuing the trial and the Final Pretrial Conference in this case is warranted based on the foregoing facts and in the interests of judicial economy and the productive use of the parties' resources.

4. WHEREFORE, for the reasons stated above, Plaintiff ColfaxNet and Defendant City of Colfax, agree and stipulate that the trial in this action be continued to February 28, 2022, and also request that the final pretrial conference be continued accordingly, to January 10, 2022.

IT IS SO STIPULATED.

Dated: September 10, 2021        KLEIN LAW GROUP PLLC

REYNOLDS TILBURY WOODWARD LLP

By:      */s/ Andrew M. Klein*
    Andrew M. Klein
    Arthur G. Woodward
    Attorneys for Plaintiff ColfaxNet, LLC

Dated: September 10, 2021        WENDEL ROSEN LLP

By:      */s/ Mark D. Epstein*
    Mark D. Epstein
    Attorneys for Defendant City of Colfax

## **ORDER**

Upon consideration of the above Stipulation and good cause appearing therefor, it is ORDERED the Final Pretrial Conference date and the Trial date are vacated and rescheduled as follows:

Final Pretrial Conference: **January 18, 2022 at 1:30 p.m.**

Jury Trial: **March 15, 2022 at 9:00 a.m.**

Dated:  September 13, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE