Arthur G. Woodward (SBN: 142914)
Jake C. Weaver (SBN: 300962)
**Reynolds Tilbury Woodward LLP**
11601 Blocker Drive, Suite 105
Auburn, California 95603
Phone: (530) 885-8500
awoodward@rtwlawllp.com

Andrew M. Klein
**Klein Law Group PLLC**
1250 Connecticut Ave NW, Suite 700
Washington, DC 20036
Phone: (202) 289-6955
aklein@kleinlawpllc.com

Attorneys for Plaintiff,
COLFAXNET, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ColfaxNet, LLC,<br><br>               Plaintiff,<br><br>     vs.<br><br>City of Colfax,<br><br>               Defendant. | Case No. 2:19-cv-02167-WBS-CKD<br><br>**STIPULATION TO FURTHER CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL; ORDER THEREON**<br><br>Trial Date: March 15, 2022<br>Final Pretrial Conference: January 18, 2022 |

Plaintiff ColfaxNet, LLC and Defendant City of Colfax, by and through their respective counsel of record, respectfully submit the following stipulation to further continue the Final Pretrial Conference and Jury Trial in this case as follows:

1. The Parties previously stipulated on September 10, 2021 to continue the final pretrial conference and trial in this action in this action, and on September 14, 2021 the Court entered an Order upon their stipulation continuing the final pretrial conference to January 18, 2022, and continuing the trial to March 15, 2022.

2. Since the Court entered its Order of September 14, 2021 continuing the final pretrial conference and trial, Plaintiff and Defendant have been continuing to work towards the potential resolution of this case.

3. Accordingly, the Parties hereby agree and stipulate that continuing the trial and the final pretrial conference in this case is warranted based on the foregoing facts and in the interests of judicial economy and the productive use of the parties' resources.

4. WHEREFORE, for the reasons stated above, Plaintiff ColfaxNet and Defendant City of Colfax, agree and stipulate that the trial in this action be continued to June 13, 2022, and also request that the final pretrial conference be continued accordingly, to May 9, 2022.

IT IS SO STIPULATED.

Dated: December 20, 2021          KLEIN LAW GROUP PLLC

                                  REYNOLDS TILBURY WOODWARD LLP

                                  By:     /s/ Andrew M. Klein
                                          Andrew M. Klein
                                          Arthur G. Woodward
                                          Attorneys for Plaintiff ColfaxNet, LLC

Dated: December 20, 2021          WENDEL ROSEN LLP

                                  By:     /s/ Mark D. Epstein
                                          Mark D. Epstein
                                          Attorneys for Defendant City of Colfax

**ORDER**

Upon consideration of the above Stipulation and good cause appearing therefor, it is ORDERED the Final Pretrial Conference date and the Trial date are vacated and rescheduled as follows:

Final Pretrial Conference: **May 9, 2022 at 1:30 p.m.**

Jury Trial: **July 12, 2022 at 9:00 a.m.**

Dated: December 23, 2021          WILLIAM B. SHUBB
                                  UNITED STATES DISTRICT JUDGE