1  Arthur G. Woodward (SBN: 142914)
   **Reynolds Tilbury Woodward LLP**
2  11601 Blocker Drive, Suite 105
3  Auburn, California 95603
   Phone: (530) 885-8500
4  awoodward@rtwlawllp.com

5  Andrew M. Klein
6  **Klein Law Group PLLC**
   1250 Connecticut Ave NW, Suite 700
7  Washington, DC 20036
   Phone: (202) 289-6955
8  aklein@kleinlawpllc.com

9  Attorneys for Plaintiff,
10 COLFAXNET, LLC

11
12                     UNITED STATES DISTRICT COURT
13           EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION
14

15 | ColfaxNet, LLC, | Case No. 2:19-cv-02167-WBS-CKD |
16 | Plaintiff, | **STIPULATION TO FURTHER CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL; ORDER THEREON** |
17 | vs. | |
18 | City of Colfax, | |
19 | Defendant. | Trial Date: July 12, 2022
Final Pretrial Conference: May 9, 2022 |
20

21      Plaintiff ColfaxNet, LLC and Defendant City of Colfax, by and through their respective
22 counsel of record, respectfully submit the following stipulation to further continue the Final Pretrial
23 Conference and Jury Trial in this case as follows:
24      1.     The Parties previously stipulated, most recently on December 20, 2021, to continue
25 the final pretrial conference and trial in this action in this action, and on December 23, 2021 the
26 Court entered an Order upon the stipulation continuing the final pretrial conference to May 9, 2022,
27 and continuing the trial to July 12, 2022.
28

STIPULATION TO CONTINUE FINAL        1
PRETRIAL CONFERENCE AND TRIAL;
ORDER THEREON

2. Since the Court entered its Order of December 23, 2021 continuing the final pretrial conference and trial, Plaintiff and Defendant have been continuing to work towards the potential resolution of this case.

3. Accordingly, the Parties hereby agree and stipulate that continuing the trial and the final pretrial conference in this case is warranted based on the foregoing facts and in the interests of judicial economy and the productive use of the parties' resources.

4. WHEREFORE, for the reasons stated above, Plaintiff ColfaxNet and Defendant City of Colfax, agree, stipulate and request that the trial in this action be further continued to October 17, 2022, and also request that the final pretrial conference be continued accordingly, to September 13, 2022.

IT IS SO STIPULATED.

Dated: April 20, 2022         KLEIN LAW GROUP PLLC

REYNOLDS TILBURY WOODWARD LLP

By:_____/s/ Andrew M. Klein_____
  Andrew M. Klein
  Arthur G. Woodward
  Attorneys for Plaintiff ColfaxNet, LLC

Dated: April 20, 2022         WENDEL ROSEN LLP

By: ____/s/ Mark D. Epstein_____
  Mark D. Epstein
  Attorneys for Defendant City of Colfax

## ORDER

Upon consideration of the above Stipulation and good cause appearing therefor, it is ORDERED the Final Pretrial Conference date and the Trial date are vacated and rescheduled as follows:

Final Pretrial Conference: **September 12, 2022 at 1:30 p.m.**

Jury Trial: **November 15, 2022 at 9:00 a.m.**

Dated: April 20, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE