Arthur G. Woodward (SBN: 142914)
**REYNOLDS TILBURY WOODWARD LLP**
11601 Blocker Drive, Suite 105
Auburn, California 95603
Phone: (530) 885-8500
awoodward@rtwlawllp.com

Andrew M. Klein
**KLEIN LAW GROUP PLLC**
1250 Connecticut Ave NW, Suite 700
Washington, DC 20036
Phone: (202) 289-6955
aklein@kleinlawpllc.com

Attorneys for Plaintiff,
COLFAXNET, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ColfaxNet, LLC,<br><br>            Plaintiff,<br><br>   vs.<br><br>City of Colfax,<br><br>            Defendant. | Case No. 2:19-cv-02167-WBS-CKD<br><br>**STIPULATION TO FURTHER CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL; ORDER THEREON**<br><br>Trial Date: November 15, 2022<br>Final Pretrial Conference: September 12, 2022 |

Plaintiff ColfaxNet, LLC and Defendant City of Colfax, by and through their respective counsel of record, respectfully submit this stipulation to further continue the Final Pretrial Conference and Jury Trial in this case, as follows:

1. The Parties previously stipulated, most recently on April 20, 2022, to continue the final pretrial conference and trial in this action, and on April 20, 2022 the Court entered an Order upon the stipulation continuing the final pretrial conference to September 12, 2022, and continuing the trial to November 15, 2022.

2. Since the Court entered its Order of April 20, 2022 continuing the final pretrial conference and trial, Plaintiff ColfaxNet, LLC submitted an application to Defendant City of Colfax

for the construction of a new telecommunications tower in a different location.  The outcome of that application presents the possibility for resolution of this case.

    3.    Accordingly, the Parties hereby agree and stipulate that continuing the trial and the final pretrial conference in this case is warranted based on the foregoing facts and in the interests of judicial economy and the productive use of the Parties' resources.

    4.    WHEREFORE, for the reasons stated above, Plaintiff ColfaxNet and Defendant City of Colfax agree, stipulate and request that the trial in this action be further continued to February 7, 2023, and also request that the final pretrial conference be continued accordingly, to December 19, 2022.

IT IS SO STIPULATED.

Dated: August 18, 2022    KLEIN LAW GROUP PLLC

    REYNOLDS TILBURY WOODWARD LLP

    By:    */s/ Andrew M. Klein*
        Andrew M. Klein
        Arthur G. Woodward
        Attorneys for Plaintiff ColfaxNet, LLC

Dated: August 18, 2022    FENNEMORE WENDEL

    By:    */s/ Mark D. Epstein*
        Mark D. Epstein
        Attorneys for Defendant City of Colfax

## **ORDER**

Upon consideration of the above Stipulation and good cause appearing therefor, it is ORDERED the Final Pretrial Conference date and the Trial date are vacated and rescheduled as follows:

Final Pretrial Conference:  **December 19, 2022 at 1:30 p.m.**

Jury Trial: **February 7, 2023 at 9:00 a.m.**

Dated:  August 19, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE FINAL
PRETRIAL CONFERENCE AND TRIAL;
ORDER THEREON

2