Arthur G. Woodward (SBN: 142914)
**REYNOLDS TILBURY WOODWARD LLP**
11601 Blocker Drive, Suite 105
Auburn, California 95603
Phone: (530) 885-8500
awoodward@rtwlawllp.com

Andrew M. Klein
**KLEIN LAW GROUP PLLC**
1250 Connecticut Ave NW, Suite 700
Washington, DC 20036
Phone: (202) 289-6955
aklein@kleinlawpllc.com

Attorneys for Plaintiff,
COLFAXNET, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ColfaxNet, LLC,<br><br>             Plaintiff,<br><br>      vs.<br><br>City of Colfax,<br><br>             Defendant. | Case No. 2:19-cv-02167-WBS-CKD<br><br>**STIPULATION TO FURTHER CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL; ORDER THEREON**<br><br>Trial Date: August 15, 2023<br>Final Pretrial Conference: June 20, 2023 |

    Plaintiff ColfaxNet, LLC and Defendant City of Colfax, by and through their respective counsel of record, respectfully submit this stipulation to further continue the Final Pretrial Conference and Jury Trial in this case, as follows:

    1.    The Parties previously stipulated, most recently on February 3, 2023, to continue the final pretrial conference and trial in this action, and on February 6, 2023, the Court entered an Order upon the stipulation continuing the trial to August 15, 2023 and the final pretrial conference to June 20, 2023.

    2.    As noted in the stipulation dated August 18, 2022, Plaintiff ColfaxNet, LLC submitted an application to Defendant City of Colfax for the construction of a new

telecommunications tower in a different location. The outcome of that application, that remains pending before the City, presents the possibility for resolution of this case.

3. Accordingly, the Parties hereby agree and stipulate that continuing the trial and the final pretrial conference in this case is warranted based on the foregoing facts and in the interests of judicial economy and the productive use of the Parties' resources.

4. WHEREFORE, for the reasons stated above, Plaintiff ColfaxNet and Defendant City of Colfax agree, stipulate and request that the trial in this action be further continued to February 6, 2024, and that the final pretrial conference be continued accordingly, to December 18, 2023.

IT IS SO STIPULATED.

Dated: May 19, 2023            KLEIN LAW GROUP PLLC

                               REYNOLDS TILBURY WOODWARD LLP

                               By:_____/s/ Andrew M. Klein_____
                                   Andrew M. Klein
                                   Arthur G. Woodward
                                   Attorneys for Plaintiff ColfaxNet, LLC

Dated: May 19, 2023            FENNEMORE WENDEL

                               By: _____/s/ Mark D. Epstein_____
                                   Mark D. Epstein
                                   Attorneys for Defendant City of Colfax

## ORDER

Upon consideration of the above Stipulation and good cause appearing therefor, it is ORDERED the Final Pretrial Conference date and the Trial date are vacated and rescheduled as follows:

Final Pretrial Conference: **December 18, 2023 at 1:30 p.m.**

Jury Trial: **February 6, 2024 at 9:00 a.m.**

Dated:  May 22, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE