Arthur G. Woodward (SBN: 142914)
**REYNOLDS TILBURY WOODWARD LLP**
11601 Blocker Drive, Suite 105
Auburn, California 95603
Phone: (530) 885-8500
awoodward@rtwlawllp.com

Andrew M. Klein
**KLEIN LAW GROUP PLLC**
1250 Connecticut Ave NW, Suite 700
Washington, DC 20036
Phone: (202) 289-6955
aklein@kleinlawpllc.com

Attorneys for Plaintiff,
COLFAXNET, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ColfaxNet, LLC,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>City of Colfax,<br><br>　　　　Defendant. | Case No. 2:19-cv-02167-WBS-CKD<br><br>**STIPULATION TO FURTHER CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL; ORDER THEREON**<br><br>Trial Date: February 6, 2024<br>Final Pretrial Conference: December 18, 2023 |

　　　　Plaintiff ColfaxNet, LLC and Defendant City of Colfax, by and through their respective counsel of record, respectfully submit this stipulation to further continue the Final Pretrial Conference and Jury Trial in this case, as follows:

　　　　1.　　The Parties previously stipulated, most recently on May 19, 2023, to continue the trial and final pretrial conference in this action, and on May 22, 2023, the Court entered an Order upon the stipulation continuing the trial to February 6, 2024 and the final pretrial conference to December 18, 2023.

　　　　2.　　As noted in an earlier stipulation dated August 18, 2022, Plaintiff ColfaxNet, LLC submitted an application to Defendant City of Colfax for the construction of a new

telecommunications tower in a different location. The outcome of that application, that remains pending before the City, presents the possibility for resolution of this case.

3. Accordingly, the Parties hereby agree and stipulate that continuing the trial and the final pretrial conference in this case is warranted based on the foregoing facts and in the interests of judicial economy and the productive use of the Parties' resources.

4. WHEREFORE, for the reasons stated above, Plaintiff ColfaxNet and Defendant City of Colfax agree, stipulate and request that the trial in this action be further continued to July 23, 2024, and that the final pretrial conference be continued accordingly, to June 10, 2024.

IT IS SO STIPULATED.

Dated: November 16, 2023    KLEIN LAW GROUP PLLC

REYNOLDS TILBURY WOODWARD LLP

By: _____/s/ Andrew M. Klein_____
    Andrew M. Klein
    Arthur G. Woodward
    Attorneys for Plaintiff ColfaxNet, LLC

Dated: November 16, 2023    FENNEMORE LAW

By: _____/s/ Mark D. Epstein_____
    Mark D. Epstein
    Attorneys for Defendant City of Colfax

## **ORDER**

Upon consideration of the above Stipulation and good cause appearing therefor, it is ORDERED the Final Pretrial Conference date and the Trial date are vacated and rescheduled as follows:

Final Pretrial Conference: **June 3, 2024 at 1:30 p.m.**

Jury Trial: **July 23, 2024 at 9:00 a.m.**

Dated: November 17, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE