|   |   |
|---|---|
| 1 | Mark D. Epstein, Bar No. 168221 |
|   | Thiele R. Dunaway, Bar No. 130953 |
| 2 | **FENNEMORE WENDEL** |
|   | 1111 Broadway, 24th Floor |
| 3 | Oakland, California  94607 |
|   | Tel: (510) 834-6600 / Fax: (510) 834-1928 |
| 4 | MEpstein@fennemorelaw.com |
|   | RDunaway@fennemorelaw.com |

Attorneys for Defendant
City of Colfax

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ColfaxNet, LLC, | Case No. 2:19-cv-02167-WBS-CKD |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL; ORDER** |
| vs. | |
| City of Colfax, | Trial Date: July 23, 2024 |
| Defendant. | Final Pretrial Conference: June 3, 2024 |

Plaintiff ColfaxNet, LLC and Defendant City of Colfax, by and through their respective counsel of record, respectfully submit the following stipulation to further continue the Final Pretrial Conference and Jury Trial in this case as follows:

1. The Parties previously stipulated, most recently on November 16, 2023, to further continue the final pretrial conference and trial in this action, which are currently scheduled for **June 3, 2024** and **July 23, 2024**, respectively.

2. On November 17, 2023, the Court entered an order upon the Parties' stipulation. (**Docket No. 84**.)

3. Plaintiff ColfaxNet has submitted a new application to the City of Colfax for an alternative communications tower site plan which is currently under review by the City of Colfax. The outcome of that application presents the possibility for a resolution of this case.

---

STIPULATION TO CONTINUE FINAL PRETRIAL
CONFERENCE AND TRIAL; ORDER
47237586.1/520129.0001

CASE NO. 2:19-CV-02167-WBS-CKD

4. The July 23, 2024 jury trial and June 3, 2024 final pretrial conference that are scheduled in this matter will require the Parties to prepare, exchange, and submit numerous detailed documents prior to the final pretrial conference, which will result in the Parties incurring considerable time and expense.

5. Accordingly, the Parties agree and stipulate that a further continuance of the Trial and Final Pretrial Conference is warranted based on the foregoing facts, and in the interests of judicial economy and the productive use of the Parties' resources.

WHEREFORE, for the reasons stated above, Plaintiff ColfaxNet and Defendant City of Colfax agree and stipulate that the existing trial date in this action be continued to **October 29, 2024**, and that the final pretrial conference be continued to **August 26, 2024**.

IT IS SO STIPULATED.

Dated: April 30, 2024    FENNEMORE WENDEL

By: */s/ Mark D. Epstein*
Mark D. Epstein
Attorneys for Defendant, City of Colfax

Dated: April 30, 2024    KLEIN LAW GROUP PLLC
REYNOLDS TILBURY WOODWARD LLP

By: */s/ Andrew M. Klein*
Andrew M. Klein
Attorneys for Plaintiff, ColfaxNet, LLC

- 2 -
STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL; ORDER
CASE NO. 2:19-CV-02167-WBS-CKD
47237586.1/520129.0001
FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND

**ORDER**

Upon consideration of the above Stipulation and good cause appearing therefor, it is ORDERED the Final Pretrial Conference date and the Trial date are vacated and rescheduled as follows:

Final Pretrial Conference: **August 26 2024, 1:30 p.m.**

Jury Trial: **October 29, 2024, 9:00 a.m.**

Dated: April 30, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 3 -
STIPULATION TO CONTINUE FINAL PRETRIAL CONFERENCE AND TRIAL; ORDER
CASE NO. 2:19-CV-02167-WBS-CKD
47237586.1/520129.0001
FENNEMORE WENDEL
ATTORNEYS AT LAW
OAKLAND