Mark D. Epstein, Bar No. 168221
Thiele R. Dunaway, Bar No. 130953
**FENNEMORE WENDEL**
1111 Broadway, 24th Floor
Oakland, California 94607
Tel: (510) 834-6600 / Fax: (510) 834-1928
MEpstein@fennemorelaw.com
RDunaway@fennemorelaw.com

Attorneys for Defendant
City of Colfax

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ColfaxNet, LLC,<br><br>      Plaintiff,<br><br>   vs.<br><br>City of Colfax,<br><br>      Defendant. | Case No. 2:19-cv-02167-WBS-CKD<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON**<br><br>Trial Date:          Vacated<br>Disposition Date:  November 8, 2024 |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above-captioned action hereby stipulate to a dismissal of this action without prejudice pursuant to a settlement agreement executed among the parties.

Dated: November 7, 2024                FENNEMORE WENDEL

                                       By:     */s/ Mark D. Epstein*
                                               Mark D. Epstein
                                               Attorneys for Defendant, City of Colfax

Dated:  November 7, 2024               KLEIN LAW GROUP PLLC
                                       REYNOLDS TILBURY WOODWARD LLP


                                       By:     */s/ Andrew M. Klein*
                                               Andrew M. Klein
                                               Attorneys for Plaintiff, ColfaxNet, LLC

**ORDER**

Upon consideration of the above Stipulation and good cause appearing therefor, it is ORDERED this case is dismissed without prejudice.

Dated: November 12, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE